UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: ALBA B. FERREIRA                     Case No.: 16-19888-AJC
         Debtor.              /    Chapter 13

## MOTION TO MODIFY PLAN PURSUANT TO THE CARES ACT

COMES NOW Debtor, ALBA FERREIRA, through undersigned counsel, moves to modify his confirmed plan pursuant to 11 U.S.C. §1329(d), and in support states as follows:

1. On Friday, March 27, 2020, President Trump signed into law the Coronavirus Aid, Relief, and Economic Security Act" or the "CARES Act;"

2. The CARES Act amended §1329 of the U.S. Bankruptcy Code by adding subsection (d). The new §1329(d) provides as follows:

> (d)(1) Subject to paragraph (3), for a plan confirmed prior to the date of enactment of this subsection, the plan may be modified upon the request of the debtor if—
> (A) the debtor is experiencing or has experienced a material financial hardship due, directly or indirectly, to the coronavirus disease 2019 (COVID–19) pandemic; and
> (B) the modification is approved after notice and a hearing.
> (2) A plan modified under paragraph (1) may not provide for payments over a period that expires more than 7 years after the time that the first payment under the original confirmed plan was due.
> (3) Sections 1322(a), 1322(b), 1323(c), and the requirements of section 1325(a) shall apply to any modification under paragraph (1).

3.  The Debtor is experiencing or has experienced a material financial hardship due to the coronavirus disease 2019 (COVID–19) pandemic in that Debtor, Alba Ferreira, has suffered a reduction of work hours, and her income has decreased accordingly;

4.  Debtor is operating under the *Order Approving the Second Modified Chapter 13 Plan* [ECF#45], which order was entered before the date of the enactment of §1329(d). The *Second Modified Chapter 13 Plan* appears at [ECF#43] ("the Confirmed Plan"); and

5.  Debtor is seeking approval of a modification to the Confirmed Plan to provide for payments over a period that expires 7 years after the time that the first payment under the Confirmed Plan was due, and to pay the additional $525.00 "safe harbor" attorney's fees and costs for a modification of plan after confirmation.

WHEREFORE, Debtor, ALBA FERREIRA, respectfully requests that this Honorable Court enter an Order Granting and Approving the Debtor's *Third Modified Plan* filed simultaneously herewith, on the grounds set forth above.

Submitted By:

/s/ James Schwitalla
James Schwitalla, Esquire
F.B.N. 911488
Attorney for the Debtors
Park Place II
12954 S.W. 133 Court
Miami, Florida 33186
Office (305) 278-0811